435 A.2d 264

Commonwealth v. Faiello, Appellant.

Argued November 12, 1980. James G. Gordon, for appellant; Kemal Alexander Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.